UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON A. MAHE,<br><br>                          Plaintiff,<br>     v.<br><br>HARTMAN, *et al.*,<br><br>                         Defendants. | Case No. 3:21-cv-00069-MMD-WGC<br><br>ORDER |

**I.    SUMMARY**

*Pro se* Plaintiff Jason Mahe, currently incarcerated and in the custody of the Nevada Department of Corrections ("NDOC"), filed a complaint under 42 U.S.C. § 1983. (ECF No. 5 ("Complaint" (sealed)).) Mahe additionally filed a motion for injunctive relief to be transferred out of the NDOC due to safety concerns. (ECF No. 1-1 ("Motion").) Before the Court is the Report and Recommendation (ECF No. 20 ("R&R")) of United States Magistrate Judge William G. Cobb. The R&R recommends the Court deny the Motion. Mahe timely filed his objection (ECF No. 26 ("Objection")) to the R&R, and Defendants did not file a response. Because the Court agrees with Judge Cobb and as further explained below, the Court overrules Mahe's Objection and adopts the R&R in full.

**II.    BACKGROUND**

The Court incorporates by reference Judge Cobb's recitation of the factual background provided in the R&R, which the Court adopts here. (ECF No. 20 at 1-4.)

**III.    LEGAL STANDARD**

    **A.    Review of the Magistrate Judge's Recommendation**

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is

required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." *Id.* The Court's review is thus *de novo* because Mahe filed his Objection. (ECF No. 26.)

## IV. DISCUSSION

Following a *de novo* review of the R&R and other records in this case, the Court finds good cause to accept and adopt Judge Cobb's R&R.

Judge Cobb recommends the Motion be denied as there is no sufficient connection between Mahe's allegations in the Motion and the claims proceeding in this action that would warrant granting injunctive relief. (ECF No. 20 at 6.) More specifically, Mahe makes allegations against Lieutenant Miller and Correctional Officer Bartlett, but neither of these individuals are defendants in this action. (*Id.* at 7.) Moreover, Mahe has failed to demonstrate a likelihood of success on the merits as to any of his claims. (*Id.*) Mahe's Objection fails to address Judge Cobb's R&R and appears to merely restate allegations related to Mahe's safety and treatment in NDOC's custody. (ECF No. 26 at 2-7.) As such, and in the absence of a sufficient connection between Mahe's allegations in his Motion and his proceeding claims, the Court lacks the authority to grant Mahe's request to be transferred out of the NDOC. Accordingly, Mahe's Objection is overruled. The Court therefore agrees with Judge Cobb that Mahe's Motion should be denied and will adopt the R&R in its entirety.

## V. CONCLUSION

It is therefore ordered that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 20) is accepted and adopted in full.

It is further ordered that Plaintiff Jason Mahe's motion for injunctive relief (ECF No. 1-1) to be transferred out of the NDOC is denied.

DATED THIS 6th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2