AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendants
Robert Hartman and Martin Naughton*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON MAHE, | Case No. 3:21-cv-00069-MMD-WGC |
| Plaintiff, | |
| vs. | **Stipulation and Order of Dismissal** |
| HARTMAN, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff Jason Mahe and Defendant, Robert Hartman and Martin Naughton by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan C. Holland Deputy Attorney General, that the above-captioned matter be dismissed with prejudice; each party to bear their own attorney fees and costs.

Jason Mahe, Plaintiff
Pro Se

Dated: 12-10-21

AARON D. FORD
Attorney General

By: /s/ Nathan C. Holland
Nathan C. Holland, Bar No. 15247
Deputy Attorney General
*Attorneys for Defendants*

Dated: 12/17/21

IT IS SO ORDERED.

U.S. DISTRICT JUDGE

DATED: December 20, 2020.

1