UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. MAHE,<br><br>                    Plaintiff,<br><br>    v.<br><br>HARTMAN, et al.,<br><br>                    Defendants. | 3:21-cv-00069-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 54, 55, 57 |

Before the court are Plaintiff's Motion to Order Defendants "Reenter" Settlement Negotiations (ECF No. 54), Plaintiff's Motion for Injunction (ECF No. 55), and Plaintiff's Motion for Telephonic Hearing (ECF No. 57). Defendants filed an Opposition to Plaintiff's Motion for Injunction (ECF No. 56).

On December 20, 2021, Chief District Judge Miranda M. Du granted the parties' Stipulation of Dismissal and closed this case. (ECF No. 53.)

Based on the above, Plaintiff's Motion to Order Defendants "Reenter" Settlement Negotiations (ECF No. 54), Plaintiff's Motion for Injunction (ECF No. 55), and Plaintiff's Motion for Telephonic Hearing (ECF No. 57) are **DENIED** as the court no longer has jurisdiction over this closed case.

**IT IS SO ORDERED.**

DATED:  April 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1